AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
10/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
10/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VV_____ DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>Christopher Shawn Williams,<br><br>Defendant. | Case No. 2:25-mj-06595-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 30, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm/Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Cameron D. Newell*
*Complainant's signature*

Cameron D. Newell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  10/23/2025

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Margo A. Rocconi, U.S. Magistrate Judge
*Printed name and title*

AUSA:  Thi Hoang Ho (x0596)

<u>**AFFIDAVIT**</u>

I, Cameron D. Newell, being duly sworn, declare and state as follows:

## I.   <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, Christopher Shawn Williams ("WILLIAMS") for violations of Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm and Ammunition).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. <u>BACKGROUND OF AFFIANT</u>

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI").  I have been employed as a SA for the FBI since 2019.  I am currently assigned to the Joint Terrorism Task Force at the Los Angeles International Airport Office of the FBI ("FBI LAX"), where I investigate violations of federal law occurring within the airport environment and involving aircraft. I am an investigative or law enforcement officer within the

meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

### III.  STATEMENT OF PROBABLE CAUSE

4.    Based on my investigation as well as my own observations and information shared by other law enforcement officers, I am aware of the following:

**A.    WILLIAMS Was Stopped by TSA on July 30, 2025 Attempting to Carry a Firearm onto a Flight**

5.    On July 30, 2025, WILLIAMS attempted to go through checkpoint lane #10 of the Transportation and Security Agency ("TSA") in terminal three of the Los Angeles International Airport ("LAX"), located in Los Angeles, California.  WILLIAMS was scheduled to travel on Delta Airlines flight 2253 to Las Vegas Harry Reid International Airport.

6.    The TSA Transportation Security Officer ("TSO")[1] who was working the X-ray machine at TSA checkpoint lane #10 on that day stated that she observed an X-ray image of a bag that displayed what appeared to be a handgun magazine loaded with ammunition and a slide of a handgun.[2]

7.    The TSA TSO tagged the X-ray machine image as depicting a high-threat items and highlighted the suspicious

---

[1] Both the TSA TSO and supervisor, described below, were interviewed by FBI agents on August 13, 2025.

[2] The slide of a handgun is the moving upper portion of the pistol that slides backward and forward to chamber new rounds, eject spent casings, and house the barrel, guide rod, sights, and firing pin mechanism.

looking items on the X-ray image.  The bag, which was a camouflage-patterned backpack, was separated from the checkpoint lane and placed in a TSA high-threat box for further inspection by a TSA supervisor.

8.  The TSA TSO described the owner of the backpack as an older, black male with braids pulled back.  When an FBI agent showed the TSA TSO a photo of WILLIAMS, the TSA TSO confirmed WILLIAMS as the owner of the backpack that contained the handgun and loaded handgun magazine.

9.  Approximately 10 to 15 minutes later, a TSA supervisor approached checkpoint lane #10 and also inspected the X-ray image of the backpack and confirmed the X-ray image depicted a handgun and a handgun magazine loaded with ammunition.

10.  The TSA supervisor approached WILLIAMS and asked if the backpack belonged to him.  WILLIAMS confirmed the backpack belonged to him.  In addition, WILLIAMS stated he was aware a firearm was in his backpack.

**B.    LAX Police Department ("LAX PD") Officers Confirmed WILLIAMS's Backpack Contained a Firearm and Ammunition**

11.  Per TSA established protocols, the TSA supervisor and other TSA officers dispatched and waited for LAX PD officers to arrive to checkpoint lane #10.  Once LAX PD officers arrived, they physically checked the contents of WILLIAMS's backpack and verified it contained a Glock 9mm pistol, bearing serial number NGY244, a magazine, and approximately eighteen rounds of ammunition with "SIG LUGER 9MM" on the headstamps.  LAX PD

3

officers took WILLIAMS into custody and took possession of the firearm, magazine, and ammunition in WILLIAMS's backpack.

## C.  WILLIAMS Has a Prior Felony Conviction

12.  I have reviewed a WILLIAMS's criminal history and confirmed that he has the following conviction:  on or about October 4, 1988, in the Superior Court for the County of Los Angeles, case number A966383, WILLIAMS was convicted of sale of cocaine, in violation of California Health & Safety Code § 11352, and sentenced to 180 days in jail.

13.  At the time of WILLIAMS's conviction, California Health & Safety Code § 11352 was a crime punishable by a term of imprisonment exceeding one year.

14.  I have reviewed the transcript of WILLIAMS's change of plea hearing on September 6, 1988.  During that hearing, WILLIAMS acknowledged he understood that California Health & Safety Code § 11352 carries a punishment of three, four, or five years in prison.

## D.  WILLIAMS Admitted to Possessing the Firearm During his Mirandized Interview

15.  On July 30, 2025, during a Mirandized interview of WILLIAMS by LAX PD officers, WILLIAMS stated he forgot the firearm was in his carry-on backpack.  LAX PD officers asked WILLIAMS if he was a law enforcement officer or Concealed Carry Weapon permit holder and WILLIAMS responded "No" to both questions.  LAX PD officers inquired how WILLIAMS obtained the firearm and WILLIAMS claimed to have bought it "off the street" and did not register the firearm.  WILLIAMS was not aware if the

4

firearm was stolen but agreed that it was possible, stating it is, "the chance you take" when purchasing a firearm on the street.

**E.    Interstate Nexus of Firearm and Ammunition**

16.    On October 15, 2025, Special Agent and Firearms and Ammunition Interstate Nexus Expert, James Yun, examined the following items recovered from WILLIAMS:

    a. a Glock 9mm pistol, bearing serial number NGY244, and

    b. 18 rounds of ammunition with the headstamp markings, "SIG LUGER 9MM."

17.    Special Agent Yun determined that these items were manufactured outside the state of California.  Because the firearm and ammunition were found in Los Angeles, California, these items traveled in interstate commerce.

//

//

//

//

5

## IV. CONCLUSION

18.  For all of the reasons described above, there is probable cause to believe that Christopher Shawn Williams committed violations of Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 23rd day of
October, 2025.

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE